UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Alexis Hodge,

    Plaintiff,

v.                              Case No.:

State Farm Mutual Automobile
Insurance Company,

    Defendant.
_____/

## Plaintiff's First Complaint

Comes now, the Plaintiff, Alexis Hodge, by and through the undersigned attorney and sues the defendant, State Farm Mutual Automobile Insurance Company, and alleges:

## General Allegations

1. This is an action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

2. At all times material herein, the plaintiff, Alexis Hodge, lived in Spring Hill and was a resident of Hernando County, Florida.

3. At all times material herein, Defendant, State Farm Mutual Automobile Insurance Company, is a corporation doing business in the State of Florida as an insurance company and has business offices for the transaction of its customary business s in Bloomington, McLean County, Illinois.

4. On or about March 17, 2023, Alexis Hodge was driving a 2021 Honda Van, while being properly restrained, which was heading eastbound on Sheriff Mylander Way in Hernando County, Florida.

5. At that time and place, an uninsured motorist, Wesley Pierce, was operating a 2019 Chevrolet Truck in Hernando County, Florida.

6. At that time and place, the uninsured motorist, Wesley Pierce, negligently operated or maintained the motor vehicle so that it collided with the plaintiff's motor vehicle.

7. Uninsured motorist, Wesley Pierce, had a duty to exercise due care in the operation of his motor vehicle.

8. At the time of the accident, the uninsured motorist, Wesley Pierce, breached that duty in one or more of the following ways:

    a. Driving carelessly;

    b. Becoming distracted by engaging in other activities;

    c. Failing to give due regard in attention to all attendant circumstances, including the roadway and all traffic within his/her zone of risk;

    d. Failing to keep a proper lookout;

    e. Driving at an excessive speed for the roadway conditions; and

    f. Otherwise being negligent in the operation of a motor vehicle.

9. At that time and place, the uninsured motorist, Wesley Pierce, negligently and carelessly operated and maintained the motor vehicle he was operating such that it collided with the vehicle Plaintiff was operating.

10. As a direct and proximate result of the negligence of the uninsured motorist, Wesley Pierce, the plaintiff, Alexis Hodge, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental pain and anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

11. At all times material herein, Plaintiff was insured under a policy of motor vehicle insurance issued by Defendant, State Farm Mutual Automobile Insurance Company, and said policy provided uninsured motorist coverage, bearing policy number ███████ 2159. The declarations page and policy evidencing such coverage are attached hereto as Exhibit "A" and made a part this Complaint.

12. The total of all bodily injury liability insurance available as a result of the subject incident is less than the damages sustained by the plaintiff.

13. Plaintiff has complied with all conditions precedent to the contract for policy number ███████ 2159.

14. The policy contract represents the entire agreement by the parties, including the rights and responsibilities of all parties in the resolution and settlement of accident-related claims.

15. Plaintiff, Alexis Hodge, is an insured person, entitled to benefits under the Uninsured Motorist portion of the policy.

Wherefore, Plaintiff, Alexis Hodge, sues Defendant, State Farm Mutual Automobile Insurance Company, and demands judgment for damages in an amount exceeding Seventy-Five Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

## **NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS FOR SERVICE BY ELECTRONIC MAIL**

The law firm of The Nurse Lawyer, P.A. files this appearance as attorney of record for Plaintiff, Alexis Hodge, in the above-styled cause, and pursuant to F.R.J.A. 2.516, designates the following e-mail address for service by electronic mail:

**service@thenurselawyer.com.**

Respectfully submitted on January 2, 2024.

*/s/ Jelena Miokovic*

Jelena Miokovic, Esquire
The Nurse Lawyer P.A.
201 ALT 19 S
Palm Harbor, FL 34683
Telephone: 727-807-6182
Facismile: 727-848-6182
Florida Bar No.: 1019258
Email: service@thenurselawyer.com
Attorney for Plaintiff