UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXIS HODGE,

    Plaintiff,

v.                                          Case No.: 8:24-cv-7-VMC-JSS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Notice is hereby given that on February 20, 2023, the above referenced parties entered into a settlement of the Plaintiff's claims against the Defendant(s). This matter was scheduled for the Trial Term beginning July 1, 2025.

**Certificate of Service**

    I hereby certify that on February 23, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of records.

Dale L Parker Esquire
Banker Lopez Gassler P.A.
360 Central Avenue, Suite 700
St. Petersburg, FL 33701
sbennett@bankerlopez.com
service-dparker@bankerlopez.com
Attorney for the Defendant

*/s/ Jelena Miokovic*

Jelena Miokovic Esquire
201 Alt 19 S
Palm Harbor, FL 34683

                    Florida Bar No.: 1019258
                    Phone: 727-807-6182
                    Fax: 727-848-6182
                    Email: service@thenurselawyer.com
                    Attorney for Plaintiff